**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INT. OF: C.J.S., A MINOR | : No. 40 MAL 2023 |
| | : |
| | : |
| PETITION OF: C.J.S., A MINOR | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.